

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00060-CR

CLAY BENTLEY LABORDE                                         APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 1380920D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Clay Bentley Laborde pled guilty to tampering with physical evidence, a third-degree felony,[2] and judicially confessed in exchange for the State's waiver of the habitual paragraph and a two-year sentence. The trial court

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 37.09(a), (c) (West Supp. 2014).

followed the plea bargain, convicted Appellant of the offense, and sentenced him to two years' confinement.

The trial court's certification states that the case was plea-bargained and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter that this case could be dismissed unless he or any party desiring to continue the appeal showed grounds for continuing it.[3] Although we received Appellant's pro se response, it does not show grounds for continuing the appeal.

Accordingly, we dismiss this appeal.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 7, 2015

---

[3] *See* Tex. R. App. P. 25.2(a)(2), (d).

[4] *See* Tex. R. App. P. 25.2(d), 43.2(f).